# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN WISE<br>    Plaintiff,<br>v.<br>NANCY A. BERRYHILL<br>    Defendant. | CIVIL ACTION NO. 18-3280 |

## ORDER

**AND NOW,** this 12th day of January 2021, upon careful and independent consideration of Plaintiff's Request for Review [Doc. No. 9], the response and reply thereto, the administrative record, and the Report and Recommendation ("R&R") of United States Magistrate Judge Timothy R. Rice [Doc. No. 19], and the objections and responses thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Clerk is directed to **REMOVE** the case from Civil Suspense;

2. The Objections to the R&R are **SUSTAINED in part** and the R&R is **NOT APPROVED**; and

3. Plaintiff's request for remand is **GRANTED**, and this matter is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**